UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALONSO LIZARRAGA RIOS,<br><br>    Petitioner,<br><br>    v.<br><br>ALBERTO GONZALES, et al.,<br><br>    Respondent. | 1:06-cv-00593-OWW-TAG-HC<br><br>ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL<br>(Doc. 3) |

Petitioner has requested the appointment of counsel. Petitioner contends that the issues raised in his case are novel and complex, that he cannot adequately present the facts of his case, which are contained primarily in his alien file, and that his current confinement impairs his ability to represent himself. These are circumstances, however, that petitioner shares with virtually all habeas petitioners.

There currently exists no absolute right to appointment of counsel in habeas proceedings. See e.g., Anderson v. Heinze, 258 F.2d 479, 481 (9th Cir.), cert. denied, 358 U.S. 889 (1958); Mitchell v. Wyrick, 727 F.2d 773 (8th Cir.), cert. denied, 469 U.S. 823 (1984). However, Title 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Rules Governing Section 2254 Cases. In the present case, the Court does not find that the interests of justice require the appointment of counsel at this time. Accordingly, IT IS HEREBY ORDERED that petitioner's request for appointment of counsel (Doc. 3), is DENIED.

IT IS SO ORDERED.

Dated: **June 21, 2006**             **/s/ Theresa A. Goldner**
**j6eb3d**                               UNITED STATES MAGISTRATE JUDGE