# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALONSO LIZARRAGA RIOS, | ) 1:06-cv-00593-OWW-TAG HC |
|         Petitioner, | ) ORDER ADOPTING REPORT AND<br>) RECOMMENDATION (Doc. 11) |
| v. | ) ORDER GRANTING MOTION TO DISMISS<br>) (Doc. 8) |
| ALBERTO GONZALES, | ) ORDER DISMISSING PETITION FOR WRIT<br>) OF HABEAS CORPUS (Doc. 1) |
|         Respondent. | ) ORDER DIRECTING CLERK OF COURT<br>) TO ENTER JUDGMENT |

On May 16, 2006, Petitioner filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 in this Court.

On June 21, 2006, Respondent filed a motion to dismiss, contending that the instant petition was moot because Petitioner had already been lawfully removed from the United States. (Doc. 8). September 13, 2006, the Magistrate Judge assigned to the case filed a Report and Recommendation recommending the motion to dismiss be granted and that the petition for writ of habeas corpus be dismissed. (Doc. 11). This Report and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty days from the date of service of that order. To date, the parties have not filed timely objections to the Report and

1

1   Recommendation.

2       In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted
3   a *de novo* review of the case.  Having carefully reviewed the entire file, the Court concludes that
4   the Magistrate Judge's Report and Recommendation is supported by the record and proper
5   analysis.

6       Accordingly, IT IS HEREBY ORDERED that:

7       1.    The Report and Recommendation, filed June 26, 2006 (Doc. 11), is ADOPTED
8           IN FULL;

9       2.    Respondent's Motion to Dismiss (Doc. 8), is GRANTED;

10      3.    This petition for writ of habeas corpus (Doc. 1), is DISMISSED; and

11      4.    The Clerk of Court is DIRECTED to ENTER JUDGMENT and close the file.

12      This order terminates the action in its entirety.

13  IT IS SO ORDERED.

14  **Dated:   December 16, 2006**          **/s/ Oliver W. Wanger**
    emm0d6                                   UNITED STATES DISTRICT JUDGE